## GLEN BAILEY *v.* COMMISSIONER OF CORRECTION

The petitioner Glen Bailey's petition for certification for appeal from the Appellate Court, 107 Conn. App. 362 (AC 28288), is denied.

*Christopher M. Neary,* special public defender, in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided June 10, 2008

## STATE OF CONNECTICUT *v.* MARCOS AVILES

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 209 (AC 28454), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*James B. Streeto,* assistant public defender, in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided June 10, 2008

## STATE OF CONNECTICUT *v.* JEFF BLAKE

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 345 (AC 27293), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Darcy McGraw,* special public defender, in support of the petition.